## WILLIAMS v. STATE. (No. 6017.)

(Court of Criminal Appeals of Texas. Dec. 16, 1920.)

Criminal law ⬤1144(12)—In absence of bills of exceptions and statement of facts, court must presume rulings below correct.

In the absence of bills of exceptions and statement of facts, the Court of Criminal Appeals must presume the rulings of the trial court on the admission and exclusion of evidence to have been correct.

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Wesley Williams was convicted of burglary, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. Appellant was indicted, tried in a court of competent jurisdiction, and convicted of the offense of burglary, and his punishment fixed at confinement in the penitentiary for two years.

The record contains neither bills of exceptions nor statement of facts, in the absence of which we must presume the rulings of the trial court on the admission and exclusion of evidence to have been correct.

No error appearing in the record, the judgment is ordered affirmed.

---

## PIOR v. STATE. (No. 6014.)

(Court of Criminal Appeals of Texas. Dec. 16, 1920.)

Criminal law ⬤1086(13)—In absence of sentence, appeal must be dismissed.

Where the record discloses there was no sentence of defendant convicted of forgery, his appeal must be dismissed.

Appeal from District Court, Johnson County; O. L. Lockett, Judge.

J. C. Pior, alias A. H. Richardson, was convicted of forgery, and he appeals. Appeal dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Johnson county of the offense of forgery, and his punishment fixed at confinement in the penitentiary for two years. An examination of the record discloses that there is no sentence. In that condition of the record the appeal will have to be dismissed; and it is so ordered.